## DAVISON v FLOWERS

Ohio Supreme Court
No 22264.  Decided Dec. 10, 1930

Kinkade, Robinson, Matthias, Day and Allen, JJ, concur.  Marshall, CJ, concurs in propositions 1 and 2 of the syllabus and in the judgment.

## STATE v NOOKS & WALLACE

Ohio Supreme Court
No 22358.  Decided Dec. 10, 1930

Marshall, CJ, Kinkade, Jones and Allen, JJ, concur.

## FENTON v AMERICAN LIABILITY CO

Ohio Supreme Court
No 22328.  Decided Dec. 10, 1930

Marshall, CJ, Kinkade, Robinson, Matthias and Day, JJ, concur.  Jones, J, concurs in the syllabus, but not in the judgment.